**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 2:24-cr-20194-TLP** |
| | ) | |
| **ABED-AL MAJID AWWAD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**MOTION TO DISMISS COMPLAINT**

---

COMES NOW the United States of America, by and through its counsel, Reagan Taylor Fondren, Acting United States Attorney for the Western District of Tennessee, and the undersigned Assistant United States Attorney, J. William Crow, to move to dismiss, without prejudice, the Criminal Complaint against Abed-Al Majid Awwad (RE-1).

Respectfully Submitted,

Reagan Taylor Fondren
Acting United States Attorney

s/J. William Crow
J. William Crow
Assistant United States Attorney
167 North Main, Suite 800
Memphis, Tennessee 38103
Telephone: (901)-544-4321

CERTIFICATE OF SERVICE

I, J. William Crow, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing pleading was filed by electronic means via the court's electronic filing system.

This date: December 9, 2024.

s/J. William Crow
Assistant United States Attorney